IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| T.W. CLARK CONSTRUCTION, LLC, a Washington Limited Liability Company,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>PROGRESSIVE BUILDING SYSTEMS, LTD., a Minnesota Business Corporation,<br><br>    Defendant and Counter-Plaintiff. | CV 23-00049-BLG-SPW-TJC<br><br>ORDER |

Upon the joint Stipulation for Dismissal (Doc. 32) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, without attorney's fees, costs or expenses to any party.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 25th day of October, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1